NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ORGANIC SEED GROWERS AND TRADE
ASSOCIATION, ORGANIC CROP IMPROVEMENT
ASSOCIATION INTERNATIONAL, INC., THE
CORNUCOPIA INSTITUTE, DEMETER
ASSOCIATION, INC., CENTER FOR FOOD SAFETY,
BEYOND PESTICIDES, NAVDANYA
INTERNATIONAL, MAINE ORGANIC FARMERS
AND GARDENERS ASSOCIATION, NORTHEAST
ORGANIC FARMING ASSOCIATION OF NEW
YORK, NORTHEAST ORGANIC FARMING
ASSOCIATION/MASSACHUSETTS CHAPTER, INC.,
NORTHEAST ORGANIC FARMING ASSOCIATION
OF NEW HAMPSHIRE, NORTHEAST ORGANIC
FARMING ASSOCIATION OF RHODE ISLAND,
CT NOFA, NORTHEAST ORGANIC FARMING
ASSOCIATION OF VERMONT, RURAL VERMONT,
OHIO ECOLOGICAL FOOD & FARM
ASSOCIATION, FLORIDA CERTIFIED ORGANIC
GROWERS AND CONSUMERS INC., SOUTHEAST
IOWA ORGANIC ASSOCIATION, MENDOCINO
ORGANIC NETWORK, NORTHEAST ORGANIC
DAIRY PRODUCERS ALLIANCE, MIDWEST
ORGANIC DAIRY PRODUCERS ALLIANCE,
WESTERN ORGANIC DAIRY PRODUCERS
ALLIANCE, CANADIAN ORGANIC GROWERS,
PEACE RIVER ORGANIC PRODUCERS
ASSOCIATION,

FAMILY FARMER SEED COOPERATIVE,
SUSTAINABLE LIVING SYSTEMS, GLOBAL
ORGANIC ALLIANCE, FOOD DEMOCRACY NOW!,
FARM-TO-CONSUMER LEGAL DEFENSE FUND,
WESTON A. PRICE FOUNDATION, MICHAEL
FIELDS AGRICULTURAL INSTITUTE, FEDCO
SEEDS INC., ADAPTIVE SEEDS, LLC, SOW TRUE
SEED, SOUTHERN EXPOSURE SEED EXCHANGE,
MUMM'S SPROUTING SEEDS, BAKER CREEK
HEIRLOOM SEED CO., LLC, COMSTOCK, FERRE
& CO., LLC, SEEDKEEPERS, LLC, SISKIYOU
SEEDS, COUNTRYSIDE ORGANICS, WILD
GARDEN SEED, CUATRO PUERTAS, SEED WE
NEED, ALBA RANCH, WILD PLUM FARM,
GRATITUDE GARDENS, RICHARD EVERETT
FARM, LLC, PHILADELPHIA COMMUNITY FARM,
INC, GENESIS FARM, CHISPAS FARMS LLC,
MIDHEAVEN FARMS, KOSKAN FARMS,
CALIFORNIA CLOVERLEAF FARMS,
NORTH OUTBACK FARM, TAYLOR FARMS, INC.,
RON GARGASZ ORGANIC FARMS, ABUNDANT
ACRES, T & D WILLEY FARMS, FULL MOON
FARM, INC., COMMON GOOD FARM, LLC,
AMERICAN BUFFALO COMPANY, RADIANCE
DAIRY, QUINELLA RANCH, NATURE'S WAY FARM
LTD., LEVKE AND PETER EGGERS FARM,
FREY VINEYARDS, LTD., BRYCE STEPHENS,
CHUCK NOBLE, LARHEA PEPPER, PAUL
ROMERO, BRIAN WICKERT, BRUCE DRINKMAN,
MURRAY BAST, AND DONALD WRIGHT
PATTERSON, JR.,
*Plaintiffs-Appellants,*

AND

OCIA RESEARCH AND EDUCATION INC.,
NORTHERN PLAINS SUSTAINABLE
AGRICULTURE SOCIETY, MANITOBA ORGANIC

ALLIANCE, UNION PAYSANNE, FAMILY FARM
DEFENDERS INC., INTERLAKE FORAGE SEEDS
LTD., KIRSCHENMANN FAMILY FARMS INC., AND
JARDIN DEL ALMA,
*Plaintiffs.*

v.

MONSANTO COMPANY
AND MONSANTO TECHNOLOGY LLC,
*Defendants-Appellees.*

---

2012-1298

---

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-2163, Judge Naomi Reice Buchwald.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for an extension of time, until July 5, 2012, for Plaintiffs-Appellants to file their initial brief and for an extension of time, until September 13, 2012, for the Defendants-Appellees to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Seth P. Waxman, Esq.
     Daniel B. Ravicher, Esq.

s23

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2 2012

JAN HORBALY
CLERK